UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CANDICE E. HAROLD,

        Plaintiff,

vs.

AARON RENTS, et al.,

        Defendants.

CIVIL ACTION FILE

NO. 1:05-cv-2880-ODE

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation as to Defendant's Motion to Dismiss, and the court having adopted said recommendation and GRANTED said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed** with prejudice.

Dated at Atlanta, Georgia, this 6th day of November, 2006.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                             By:  s/Sheila Gonzalez
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 7, 2006
James N. Hatten
Clerk of Court

By:  s/Sheila Gonzalez
      Deputy Clerk